Zatyko v Zatyko
2026 NY Slip Op 04128
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

KENNETH R. ZATYKO, PLAINTIFF-APPELLANT,
v
CAROLINE F. ZATYKO, DEFENDANT-RESPONDENT.

Decided on June 26, 2026
MOTION NO. (950/25) CA 25-00047.
Present: Montour, J.P., Ogden, Greenwood, And Delconte, JJ. (Filed June 26, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for reargument denied.